UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOSEPH PETRICK, :
:
        Plaintiff/Appellant, :
:
        v. : No. 5:17-cv-00078
:
CARMEN FAZIO; DET. JAMIE BARRETT; :
CITY OF SCRANTON POLICE DEPT.; :
and LACKAWANNA COUNTY ASSISTANT :
DISTRICT ATTORNEY JOHN HART, III, :
:
        Appellees/Defendants. :
_____

# O R D E R

**AND NOW**, this 6th day of February, 2018, upon consideration of Plaintiff's Request to Reopen this Case, ECF No. 15, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that the request is **DENIED**.

        BY THE COURT:


        */s/ Joseph F. Leeson, Jr.*
        JOSEPH F. LEESON, JR.
        United States District Judge